# Exhibit 1

# RULES GOVERNING PUBLIC COMMENT
# PERIOD AND RULES OF DECORUM DURING
# CITY COUNCIL REGULAR MEETINGS

1. A Public Comment Period shall be placed on the Agenda of each City Council Regular Meeting. Said agenda item shall occur on the Regular Meeting Agenda immediately after the invocation and pledge of allegiance. When adopting the Agenda, City Council may move the Public Comment Period to another location on the Agenda solely at City Council's discretion. Such change is effective only during that meeting. In addition, City Council may, upon motion to suspend the rules during a Regular Meeting, approve moving the Public Comment Period to another location on the Agenda at any point during the meeting.

2. Each person desiring to speak during the Public Comment Period shall sign up to speak prior to the start of the meeting on the form provided by listing their name, full street address, topic on which he or she will speak, and whether a City of Monroe resident, Union County resident, or other place of residency. An individual may only sign up for themselves and not sign up or place another individual's name on the Signup Sheet. A speaker shall verbally state their name, street address, city, and state when called to speak prior to making any public comments. Any speaker that signs up and fails or refuses to give all the required information will not be called on to comment or forfeit their time to speak during the public comment period.

3. A total time of thirty (30) minutes will be allotted for the Public Comment Period on the Regular Agenda. Any speaker that signs up to speak and does not get a chance to speak during the Public Comment Period will be given an opportunity to speak at the conclusion of the Regular Agenda. A speaker that signed up to speak and not available for public comments at the end of the Regular Agenda will be given priority to speak during the next City Council Public Comment Period. City Council, in its discretion, may extend the thirty (30) minutes allotted for the Public Comment Period during any meeting.

4. City of Monroe residents will be given the opportunity to speak first, followed by Union County residents, followed by residents of other areas. The Mayor, or presiding officer, shall determine the order in which speakers are called to comment.

5. Each speaker shall be allotted up to two (2) minutes to speak which shall be strictly observed at all times. Speakers shall immediately cease speaking when their allotted time is over. Groups of persons speaking on the same topic are strongly encouraged to designate a spokesperson to speak on their behalf. As an incentive, a spokesperson making comments for two (2) to five (5) individuals that signed up to speak will be given up to three (3) minutes, and for six (6) or more, a spokesperson will be given up to five (5) minutes to speak.

6. Speakers and audience members shall maintain proper decorum, etiquette, and civility at all times during the Public Comment Period and any City Council Meeting. Speakers

shall remain at the podium to make comments and not approach City Council or City staff. No one can accompany the speaker at the podium. The speaker may use visual aids but shall not engage in demonstrations or inappropriate theatrics. Yelling, making threats, insulting, or rude comments directed towards the Mayor, City Council, City staff or a member of the public will not be tolerated. Profanity, abusive language, public ridicule, or personal attacks will not be tolerated. A speaker that fails to maintain proper decorum may be sanctioned including, but not limited to, forfeiting the remainder of their time, removal from the meeting premises, or other sanctions deemed appropriate.

7. Members of the audience shall also maintain proper decorum, etiquette, and civility at all times. Audience members shall refrain from commenting, jeering, clapping, or cheering in response to comments. Audience members shall not engage in demonstrations or theatrics and shall remain seated at all times unless called on to be identified from their seat when designating a spokesperson and immediately be seated. Audience members shall never approach the podium or dais. Improper decorum by a member of the audience will not be tolerated and may result in sanctions up to and including being asked to leave the meeting following the same procedures set out the sanction a speaker for a decorum violation.

8. Members of the audience may hold signs of proper decorum no larger than 8 inches by 11½ inches in size but shall not raise them above their heads or so as to block the view of those behind them.

9. The Mayor, as the presiding officer, has the authority and responsibility to enforce and carry out these Rules. However, any member of City Council may identify improper conduct by raising a point of order during the meeting. Upon raising a point of order by a Council Member, the Mayor, or presiding officer, shall call for all public comments to cease immediately. The presiding officer shall then, at a minimum, warn the violator and demand the individual cease the violation first. If the violator continues to violate the rules, the presiding officer may impose appropriate sanctions including, but not limited to, loss of time, removal from the Council meeting, or other appropriate action needed to restore decorum. However, if a City Council member believes the warning or sanction imposed are insufficient based on the nature of the violation, any City Council Member may renew the point of order and call for additional sanctions up to and including removal of the offender from the meeting premises upon motion, second, and approval by a majority of City Council. The City Attorney, as Parliamentarian for the City, shall be the final arbiter of the procedural rules and take necessary action to see that proper parliamentary procedures are followed and maintained during City Council Meetings.

10. Anyone that willfully interrupts, disturbs, or disrupts a City Council Meeting may be asked to leave the meeting premises immediately by the Mayor or upon point of order by a City Council Member and approval by City Council. Upon failure to leave as directed, the individual may be cited for violating NC General Statute §14-318.17.

11. Speakers shall not speak on any topic which is the subject of a public hearing on the same Agenda.

12. City Council will refrain from engaging in a dialogue with speakers except to the extent necessary to clarify the speaker's position.

13. No formal action will be taken by City Council during the same meeting on any matter which was initially introduced during the Public Comment Period.

14. City Council shall not restrict the subject matter of any comment based on content in any way except as provided herein.

*Adopted: September 6, 2005 (R-2005-35)*
*Amended: April 2, 2023 (R-2019-23); February 13, 2024; May 14, 2024; July 19, 2024; July 8, 2025*