# Exhibit 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LISA METZGER,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF MONROE,<br>NORTH CAROLINA, et al.,<br><br>*Defendants*. | Case No. _____<br><br>DECLARATION<br>OF<br>LISA METZGER |

I, Lisa Metzger, hereby declare that:

1. I am an adult and competent to make this declaration.

2. I reside in Oakboro, Stanly County, North Carolina.

3. I have business interests and own property in Union County, North Carolina.

4. I regularly attend and speak during the public comment period at regular Monroe City Council meetings.

5. I was present at and participated in the public comment period at the Monroe City Council meetings held on April 8, 2025, June 10, 2025, August 26, 2025 and September 23, 2025.

6. I was present and observed the public comment period at the Monroe City Council meeting on July 8, 2025.

7. I observed the public comment period at the Monroe City Council meeting on May 13, 2025 live on the internet.

8. The video located at https://tinyurl.com/38xz5zeh is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on April 8, 2025.

9. The video located at https://tinyurl.com/3vwah4wm is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on May 13, 2025.

10. The video located at https://tinyurl.com/mr389c43 is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on June 10, 2025.

11. The video located at https://tinyurl.com/ad6w7ejc is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on July 8, 2025.

12. The video located at https://tinyurl.com/y2x8u8ef is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on August 26, 2025.

13. The video located at https://tinyurl.com/4hd7yv9x is a fair and accurate depiction of what I observed during the public comment period at the Monroe City Council meeting held on September 23, 2025.

14. The Monroe City Council and the mayor use the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" to compel Public Comment Period participants to reveal their personal primary residence address.

15. Because I fear for my physical safety, the physical safety of my family members, and the safety of my property, I do not want to disclose my personal primary residence address to participate the public comment period at Monroe City Council meetings. Because of this fear, I refuse to disclose my personal primary residence address. I have disclosed the address of my business interests instead. Even so, I have received death threats, mail from the Satanic Temple, and other intimidating communications from various sources on social media.

16. I have personal knowledge that Michelle Ball shares my concerns for the physical safety of herself and her family as well as her property because of the personal primary residence address disclosure rule to participate in the public comment period at Monroe City Council meetings. I also have personal knowledge that Michelle Ball has disclosed her personal primary residence address to participate in the public comment period at Monroe City Council meeting and then she received mail from the Satanic Temple and other intimidating communications and items from anonymous sources.

17. The Monroe City Council and the mayor use the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" to control the content of Public Comment Period participants' speech.

18. The Monroe City Council and the mayor use the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" to prevent Public Comment Period participants from directly addressing city council

members, including prohibiting participants from addressing them directly by name.

19. The Monroe City Council and the mayor use the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" to prevent public comment participants making insulting or rude comments directed towards the mayor, city council, city staff or a member of the public and prohibit participants from using profanity, abusive language, public ridicule, or personal attacks in their remarks to the Council.

20. Because of the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" prohibitions against Public Comment Period participants from directly addressing a member of the Council, from making insulting or rude comments directed towards the mayor, city council, city staff or a member of the public, and the prohibition from using profanity, abusive language, public ridicule, or personal attacks in remarks to the Council, I self-censor and alter the speech I would otherwise express during the Public Comment Period. I am fearful that I will be censored, sanctioned, forced to forfeit my speaking time, or ejected from a City Council meeting just like others have experienced.

21. Because of how I have observed or experienced the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" applied against Public Comment Period participants, including myself, directly addressing a member of the Council, against making purportedly insulting or rude

comments directed towards the mayor, city council, city staff or a member of the public, and purportedly against using profanity, abusive language, public ridicule, or personal attacks in remarks to the Council, I self-censor and alter the speech I would otherwise express during the Public Comment Period. I am fearful that I will be censored, sanctioned, forced to forfeit my speaking time, or ejected from a City Council meeting just like others have experienced.

22. I want to express my point of view without being silenced by the Council. But I know the Council or the mayor will interrupt, censor, and silence me if I criticize them.

23. Because what the Council or the mayor considers "rude," "insulting," or "abusive" is unknowable, I must to steer further from the prohibited zone of saying anything that the Council or mayor may deem violative of these prohibitions than necessary.

24. Because any direct criticism of a council member or the mayor may be considered "profanity," "public ridicule," or a "personal attack," I can neither express my views on the performance of the members of the City Council or mayor, nor exercise my First Amendment right to petition.

25. Fundamentally, because of the "Rules Governing Public Comment Period and Rules of Decorum during City Council Regular Meetings" and how they are applied against me and other public comment period participants, I fear for my physical safety, and I can neither speak freely nor exercise my right to petition during the public comment period at Monroe City Council meetings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 30, 2025

_____
LISA METZGER