UNITED STATUS DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No: 3:25-cv-891

| | |
|---|---|
| LISA METZGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **AMENDED STIPULATION OF** |
| | ) **DISMISSAL** |
| CITY OF MONROE, NORTH | ) |
| CAROLINA and ROBERT BURNS, | ) |
| in his official capacity as Mayor of | ) |
| the City of Monroe, North Carolina, | ) |
| | ) |
| Defendants. | ) |

NOW COMES the parties, LISA METZGER ("Plaintiff"), and the CITY OF MONROE, NORTH CAROLINA, and ROBERT BURNS, in his official capacity as Mayor of the City of Monroe, North Carolina (collectively "Defendants"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that the Complaint in the above-captioned matter and all causes of action and claims for relief contained therein are hereby dismissed WITH PREJUDICE and all parties shall bear their own costs, fees and expenses.

(SIGNATURE PAGE TO FOLLOW)

This the 2nd day of February, 2026.

| FOX ROTHSCHILD LLP | CRANFILL SUMNER LLP |
|---|---|
| BY: /s/Nathan Wilson<br>Nathan Wilson<br>301 Hillsborough St.<br>Suite 1120<br>Raleigh, NC 27603<br>(919) 719-1269<br>nwilson@foxrothschild.com<br><br>and<br><br>Ryan Morrison, *Pro Hac Vice*<br>LIBERTY JUSTICE CENTER<br>7500 Rialto Blvd.<br>Suite 1-250<br>Austin, TX 78735<br>(512) 481-4400<br>rmorrison@ljc.org<br>*Counsel for Plaintiff* | BY: /s/PATRICK H. FLANAGAN<br>Patrick H. Flanagan. NC Bar #17407<br>Samantha Owens. NC Bar #62580<br>Attorney for Defendants<br>P.O. Box 30787<br>Charlotte, NC 28230<br>Telephone (704) 332-8300<br>Facsimile (704) 332-9994<br>phf@cshlaw.com<br>sowens@cshlaw.com<br>*Attorney for Defendants* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on February, 2026, I electronically filed the foregoing **AMENDED STIPULATION OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Nathan Wilson
FOX ROTHSCHILD LLP
301 Hillsborough St.
Suite 1120
Raleigh, NC 27603
(919) 719-1269
nwilson@foxrothschild.com

and

Ryan Morrison, *Pro Hac Vice*
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400
rmorrison@ljc.org
*Counsel for Plaintiff*

This the 2nd day of February, 2026.

                          CRANFILL SUMNER LLP

                          BY: */s/PATRICK H. FLANAGAN*
                                  Patrick H. Flanagan. NC Bar #17407
                                  Samantha Owens. NC Bar #62580
                                  Attorney for Defendants
                                  P.O. Box 30787
                                  Charlotte, NC 28230
                                  Telephone (704) 332-8300
                                  Facsimile (704) 332-9994
                                  phf@cshlaw.com
                                  sowens@cshlaw.com